Da'Shawn Russell
1615 W. Genesee St. ~~Apt #7~~
Syracuse N.Y. 13204

January 19th 2021

Chambers of
Marian W. Payson
Magistrate Judge
United States District Court
Western District of New York
2310 United States Courthouse
100 State Street
Rochester, N.Y. 14614

Russell vs Young et al
18-CV-6209 CJS

FILED JAN 22 2021 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

Dear, Marian W. Payson

Hello your honor! This is Da'Shawn Russell and I'm writing to you today to inform you my lawyer removed himself my case, and from law practice all together. So I'm back as a pro se litigant again.

I have not heard anything from him in regards to my case. For the last 8 months I been in the "dark" when it comes to any updates in my case. He was not really responsible when it came to my case, and now I received a very long awaited message that he's not going to represent me any longer.

But my question to you your honor, is there anything I missed in my case since 8 months ago? Has paperwork been filed properly?

Knowing that lawyer has been missing in action and has been a bit negligent in our dealings, I don't know what to expect. So your honor I am extremely sorry to bother you with this, but could you please give me an update on my case if there is any at all. I do greatly appreciate your kindness your honor.

Thank you in Advance on this matter!

Respectfully Submitted
Da'Shaun Russell

Daishawn Russell
1615 W. Genesee St. Apt #7
Syracuse, N.Y. 13204

SYRACUSE NY 130

19 JAN 2021 PM 3 L



United States District Court
Western District of New York
2310 United States Courthouse
100 State Street
Rochester, New York 14614



14614-136899