**CHARLES J. SIRAGUSA**
**DISTRICT COURT JUDGE**

585-613-4050
FAX-613-4055

January 26, 2021

George H. Sallaway
P.O. Box 65
Fayetteville, NY 13066

   RE: *Russell v. Young et al*
      *18-CV-6209*

Dear Mr. Sallaway:

  The Court is in receipt of the enclosed letter from Da'Shawn Russell, dated January 19, 2021. In his letter, Mr. Russell informs the Court that you have notified him that you are removing yourself from his case (Da'Shawn Russell v. Young, et al., 18-CV-6209). Please note that Rule 83.2 of the Local Rules of Civil Procedure for the Western District of New York (enclosed) specifies the procedure for withdrawal for an attorney who has appeared as counsel of record in a civil matter.

  With respect to the status of the case, the Court has received Plaintiff's response [ECF No. 35] to the Defendants' motion for partial summary judgment [ECF No. 34], and will issue a decision on Defendants' motion at its earliest opportunity. In the meantime, if it is your intent to withdraw from this case, please follow the proper procedures to do so under Local Rule 83.2.

      Very truly yours,

      Charles J. Siragusa

CJS/kap
Enclosure
cc: Da'Shawn Russell